IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM SPIVEY, #K-81482, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-cv-688-JPG |
| MICHAEL RANDLE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on the return of this Court's order sent to Plaintiff as undeliverable (Docs. 32, 33). On February 23, 2011, the Court ordered Plaintiff to provide the Court with his current address by March 23, 2011 (Doc. 34). Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: March 24, 2011

                                          *s/J. Phil Gilbert*
                                          **United States District Judge**